# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN RIO RESOURCES L.L.C., et al., <br><br> Plaintiffs <br><br> v. <br><br> PATRICK SEAN ABBANANTO, <br><br> Defendant | Case No.: 2:22-cv-00591-APG-DJA <br><br> **Order Deeming Order to Show Cause Satisfied** |

In light of the plaintiffs' first amended complaint (ECF No. 7) and response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 18th day of May, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE