# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAFARI MINERALS, INC., et al., | Case No. 2:22-cv-00591-APG-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| PATRICK SEAN ABBANANTO, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (ECF No. 16), filed on October 4, 2022. The Court notes that the parties' plan fails to comply with Local Rule 26-1 for several reasons. While the caption states "SPECIAL SCHEDULING REVIEW REQUESTED", the parties fail to provide an explanation for why additional time is necessary beyond the 180 days. Additionally, the parties appear to measure the requested 270 days from the date they signed the discovery plan and scheduling order and not the date of defendant's first appearance. Further, the parties fail to include the certifications required by LR 26-1(b)(8-9). Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 16) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by October 13, 2022.

DATED: October 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE