# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Safari Minerals, Inc., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> Patrick Sean Abbananto, et al., <br><br> Defendants. | Case No. 2:22-cv-00591-APG-DJA <br><br> **Order** |

Before the Court is the parties' joint response to the Court's order to show cause. (ECF No. 20). On October 7, 2022, the Court denied the parties' discovery plan because it did not comply with Local Rule 26-1. (ECF No. 17). In that order, the Court required the parties to file a revised discovery plan and scheduling order by October 13, 2022. (*Id.*). When the parties missed that deadline, the Court ordered them to show cause on January 6, 2023. (ECF No. 18). In the parties' timely filed response, the parties explain that they missed the October 13, 2022 deadline to file their discovery plan and scheduling order through inadvertence but have otherwise been proceeding and cooperating with discovery. (*Id.*). The parties ask to submit a revised discovery plan and scheduling order by February 10, 2023. (*Id.* at 5).

**IT IS THEREFORE ORDERED** that the Court deems the parties' joint response (ECF No. 20) to be a sufficient explanation in response to the Court's order to show cause.

**IT IS FURTHER ORDERED** that a revised joint discovery plan and scheduling order in compliance with Local Rule 26-1 is due by **February 10, 2023**.

DATED: February 7, 2023

							_____
							DANIEL J. ALBREGTS
							UNITED STATES MAGISTRATE JUDGE